IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NICHOLAS ZEMLICK, | ) |
|           Plaintiff, | ) |
| v. | ) |
| SHERIFF BRAD BURKHART (in his official and individual capacities), MATTHEW BOOTS (in his official and individual capacities), LUKE SCHMIDT (in his official and individual capacities), QUALITY CORRECTIONAL CARE, LLC, JOHN D. LEE, ERIK K. TCHAPTCHET, DIANE ELROD, DEBRA A. SHOOK, MARY P. BULGARELLI, MEGAN ARMSRTONG, KARA M. VINARD, REBECCA JONES, BRIDGET HOLMES, GUYANA D. BEDWELL, HANNAH HATCHETT, LIZA WILLIS, STEPHANIE D. CLAPP, AMBER M. MCQUEARY, KERRIGAN M. FEIDER, and HOLLY CALHOUN, | ) Case No. ) 1:22-cv-02319-MPB-MJD |
|           Defendants. | ) |

**JOIINT MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE**

The Defendants, by counsel, respectfully move the Court to extend the dispositive motion deadline in this case as follows. In support of the same, the Defendants state:

1. The Court's Order of March 16, 2023, provides a dispositive motion deadline of October 30, 2023, and that time has not yet passed.   [Dkt. 45].

2. The parties have exchanged discovery.

3. Depositions of Defendants are scheduled for later this month, and the transcripts of those depositions will not be returned before the October 30, 2023 deadline.

4. Both counsel for the Hancock County Defendants and the Medical Defendants also have other competing litigation obligations which will prevent them from filing adequately briefed summary-judgment motions in this case by the current deadline.

5. The Defendants request that the dispositive motion deadline be extended 30 days until November 29, 2023.

6. Plaintiff's counsel has been contacted about this motion and they have no objection to it.

WHEREFORE, the Defendants, by counsel, respectfully request the Court extend the dispositive motion deadline to November 29, 2023.

Respectfully submitted,

**TRAVELERS STAFF COUNSEL INDIANA**

By: /s/ *Adam S. Willfond*
Adam S. Willfond, 31565-49

TRAVELERS STAFF COUNSEL INDIANA
280 E. 96th Street, Suite 325
Indianapolis, IN 46240
**Mailing Address:**  P.O. Box 64093, St. Paul, MN 55164-0093
317.818.5111
awillfon@travelers.com

ASW:vsd