## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| NICHOLAS ZEMLICK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SHERIFF BRAD BURKHART )<br>(in his official and individual capacities), )<br>MATTHEW BOOTS )<br>(in his official and individual capacities), )<br>LUKE SCHMIDT )<br>(in his official and individual capacities), )<br>QUALITY CORRECTIONAL CARE, LLC, JOHN D. )<br>LEE, ERIK K. TCHAPTCHET, DIANE ELROD, )<br>DEBRA A. SHOOK, MARY P. BULGARELLI, )<br>MEGAN ARMSRTONG, KARA M. VINARD, )<br>REBECCA JONES, BRIDGET HOLMES, )<br>GUYANA D. BEDWELL, HANNAH HATCHETT, )<br>LIZA WILLIS, STEPHANIE D. CLAPP, AMBER M. )<br>MCQUEARY, KERRIGAN M. FEIDER, and )<br>HOLLY CALHOUN, )<br>)<br>Defendants. ) | Case No.<br>1:22-cv-02319-MPB-MJD |

### ORDER GRANTING JOINT MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE

The Defendants have filed a Joint Motion to Extend Dispositive Motion Deadline. The Court being duly advised now grants the Joint Motion.

IT IS ORDERED that the deadline to file dispositive motions is enlarged to and including November 29, 2023.

SO ORDERED _____.