UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **Nicholas Zemlick**, <br><br> Plaintiff, <br><br> v. <br><br> **Sheriff Brad Burkhart**, *et al.*, <br><br> Defendants. | Cause No. 1:22-cv-02319-TWP-MJD |

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DISPOSITIVE MOTIONS

As permitted by Ind. T.R. 6(B)(1) and L.R. 6-1(c), because of the logistical challenges relating to the holidays and coordinating with co-counsel, Plaintiff Nicholas Zemlick respectfully requests a 21-day extension of time to respond to *Hancock County Defendants' Motion for Summary Judgment* [Dkt. 81] and *Defendants' Motion for Summary Judgment* [Dkt. 88] (collectively "motions."

1. Because the winter holidays present substantial logistical challenges to coordinating among co-counsel their responses to two separate dispositive motions, the Court should enlarge Mr. Zemlick's deadline to respond to the motions.

2. The response to the *Hancock County Defendants' Motion for Summary Judgment* [Dkt. 81] is currently December 27, 2023. This deadline has not previously been enlarged.

3. The response to *Defendants' Motion for Summary Judgment* [Dkt. 88] is currently January 5, 2023. This deadline has not previously been enlarged.

4. The requested 21-day enlarged deadlines to respond to these MOTIONS are **January 17** and **January 26, 2024**, respectively.

5. Defendants do not object to these requested extended deadlines.

WHEREFORE, Nicolas Zemlick respectfully requests the Court to extend the deadline to respond to *Hancock County Defendants' Motion for Summary Judgment* [Dkt. 81] and *Defendants' Motion for Summary Judgment* [Dkt. 88].

Respectfully submitted,

*/s/ Benjamin C. Ellis*
Benjamin C. Ellis
HKM EMPLOYMENT ATTORNEYS LLP
320 N. Meridian St., Ste. 615
Indianapolis, IN 46204
P/F   |   (317) 824-9747
Email   |   bellis@hkm.com