UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **Nicholas Zemlick**, <br><br> Plaintiff, <br><br> v. <br><br> **Sheriff Brad Burkhart**, *et al.*, <br><br> Defendants. | Cause No. 1:22-cv-02319-TWP-MJD |

## ORDER GRANTING
## PLAINTIFF'S MOTION FOR EXTENSION OF TIME
## TO RESPOND TO DISPOSITIVE MOTIONS

Plaintiff Nicholas Zemlick, having filed *Plaintiff's Motion for Extension of Time to Respond to Dispositive Motions* and the Court, being duly advised, hereby GRANTS the motion.

It is therefore ORDERED that the deadlines to respond to *Hancock County Defendants' Motion for Summary Judgment* [Dkt. 81] and *Defendants' Motion for Summary Judgment* [Dkt. 88] are enlarged by 21 days, to **January 17** and **January 26, 2024**, respectively.

SO ORDERED

_____          _____
Date                                                    Hon. Mark J. Dinsmore

DISTRIBUTION:

All counsel of record via the Court's e-filing system