UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Indianapolis Division

| | |
|---|---|
| NICHOLAS ZEMLICK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. |
| v. ) | 1:22-cv-02319-MPB-MJD |
| ) | |
| SHERIFF BRAD BURKHART ) | |
| (in his official and individual capacities), et al., ) | |
| ) | |
| Defendants. ) | |

# NOTICE OF SUBSTITUTION OF APPEARANCE

Pursuant to S.D. Ind. L.R. 83-7(c), Daniel M. Witte, Travelers Staff Counsel Indiana, is replacing Andrew J. Upchurch as counsel of record for the Defendants, **Sheriff Brad Burkhart, Matthew Boots, and Luke Schmidt**.

Respectfully submitted,

**TRAVELERS STAFF COUNSEL INDIANA**

By: */s/ Daniel M. Witte*
Daniel M. Witte, 18957-49
280 East 96th Street, Suite 325
Indianapolis, IN 46240
*Mailing*: P. O. Box 64093
St. Paul, MN 55164-0093
(317) 818-5121
dwitte@travelers.com

1

## CERTIFICATE OF SERVICE

  I hereby certify that the foregoing document was filed electronically using the Case Management/Electronic Case Files ("CM/ECF") system and served via the CM/ECF system upon registered counsel of record on **May 14, 2024**.

              By: */s/ Daniel M. Witte*
                 Daniel M. Witte, 18957-49

TRAVELERS STAFF COUNSEL INDIANA
280 East 96th Street, Suite 325, Indianapolis, IN 46240
**<u>Mailing Address:</u>**  P. O. Box 64093, St. Paul, MN 55164-0093
(317) 818-5121
dwitte@travelers.com

DMW:gb